**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Jessica Marie Camp**                              Case No.
            Debtor(s)                                      Chapter  **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Jessica Marie Camp**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **February 8, 2023**                Signature  **/s/ Jessica Marie Camp**
                                                     **Jessica Marie Camp**
                                                     Debtor